WALTER KIDDE CONSTRUCTORS, INC. *v.* THE MORRIS
A. FIERBERG COMPANY

HOUSE, C. J., LOISELLE, BOGDANSKI, LONGO and BARBER, Js.

Argued November 6—decision released November 25, 1975

*George C. Hastings,* with whom was *Robert A.
Greenspon,* for the appellant (plaintiff).

*Milton Sorokin,* with whom were *Richard C.
Robinson* and, on the brief, *Ethel S. Sorokin,* for the
appellee (defendant).

PER CURIAM. This is an appeal from a judg-
ment of the Superior Court in Hartford County
denying the plaintiff's application to vacate an arbi-
tration award. The sole assignment of error pressed
on the appeal is that the court failed to conclude
that one of the three arbitrators "evidenced par-
tiality during the hearing held on the defendant's
claim in arbitration against the plaintiff."

We have examined the record and the transcript
of the arbitration proceedings and find no error in
the conclusion of the court that there is no substan-
tial basis for the claim of the plaintiff and, accord-
ingly, we find no error in the judgment denying the
application to vacate the award.

There is no error.